IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                 v.                    )          Case No. 19-MJ-6290-MPK
1. MARCIO COSTA A/K/A "MARCINO", )
2. JOAO PEDRO MARQUES GUIMARES )
    GAMA A/K/A "BAHIANINHO",        )
3. BRENO HENRIQUE DASILVA,        )
4. ALVARO DOS SANTOS MELO,        )
5. EDSON DASILVA,                 )
6. IGOR COSTA and                 )
7. VINICIUS GONCALVES DE ASSIS,   )
                        )
          Defendants.            )

## GOVERNMENT'S MOTION TO SEAL AND UNSEAL COMPLAINT

The United States Attorney hereby respectfully moves the Court to seal the complaint,

supporting affidavit, this motion and the Court's order on this motion, and any other paperwork

related to this matter, until the arrest warrants have been executed, at which time the complaint

and all supporting documentation should be unsealed. As grounds for this motion, the

government states that public disclosure of these materials might jeopardize the ongoing

investigation of this case, as well as the government's ability to arrest the defendants.

The United States Attorney further moves pursuant to General Order 06-05 that the

United States Attorney be provided copies of all sealed documents that the United States

Attorney has filed in the above-styled matter.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: _____
    Michael Crowley
    Assistant U.S. Attorney

Date: April 24, 2019