AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Marcio Costa a/k/a "Marcino"<br><br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.   19-MJ-6290-MPK |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Marcio Costa                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint

☐ Probation Violation Petition     · ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

RICO Conspiracy in violation of 18 U.S.C. § 1962(d)
Conspiracy to Commit Robbery in violation of the Hobbs Act, 18 U.S.C. § 1951
Conspiracy to Distribute Controlled Substances in violation of 21 U.S.C. § 846
Dealing in Firearms Without a License in violation of 18 U.S.C. § 922(a)(1)(A)

Date: 4/24/19

_____
*Issuing officer's signature*

City and state:     Boston, MA                                    

M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                              _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

United States of America )
v. )
Joao Pedro Marques Guimares Gama a/k/a )    Case No.    19-MJ-6290-MPK
"Bahianinho" )
)
)
)
_____
*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Joao Pedro Marques Guimares Gama a/k/a "Bahianinho"                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

RICO Conspiracy in violation of 18 U.S.C. § 1962(d)
Conspiracy to Commit Robbery in violation of the Hobbs Act, 18 U.S.C. § 1951
Conspiracy to Distribute Controlled Substances in violation of 21 U.S.C. § 846
Dealing in firearms without a license in violation of 18 U.S.C. § 922(a)(1)(A)
Alien in possession of a firearm in violation of 18 U.S.C. § 922(g)(5)

Date:  4/24/19

                                                                *Issuing officer's signature*

City and state:    Boston, MA                    M. Page Kelley, U.S. Magistrate Judge
                                                                *Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                    _____
                                                                *Arresting officer's signature*

                                                                _____
                                                                *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | Case No. | 19-MJ-6290-MPK |
| Breno Henrique DaSilva | ) | | |
| | ) | | |
| | ) | | |
| | ) | | |
| | ) | | |

_____
*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Breno Henrique DaSilva                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

RICO Conspiracy in violation of 18 U.S.C. § 1962(d)
Conspiracy to Commit Robbery in violation of the Hobbs Act, 18 U.S.C. § 1951
Conspiracy to Distribute Controlled Substances in violation of 21 U.S.C. § 846

Date:  4/24/19

_____
*Issuing officer's signature*

City and state:    Boston, MA

M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____  _____ <br> *Arresting officer's signature* |
| _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Alvaro Dos Santos Melo | )   Case No.   19-MJ-6290-MPK |
| | ) |
| | ) |
| | ) |
| _Defendant_ | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Alvaro Dos Santos Melo                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

RICO Conspiracy in violation of 18 U.S.C. § 1962(d)
Conspiracy to Commit Robbery in violation of the Hobbs Act, 18 U.S.C. § 1951
Conspiracy to Distribute Controlled Substances in violation of 21 U.S.C. § 846

Date: 4/24/19

_____
_Issuing officer's signature_

City and state:   Boston, MA

M. Page Kelley, U.S. Magistrate Judge
_Printed name and title_

### Return

| | |
|---|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ | |
| at _(city and state)_ _____. | |

Date: _____

_____
_Arresting officer's signature_

_____
_Printed name and title_

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Edson DaSilva | ) | Case No.   19-MJ-6290-MPK |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Edson DaSilva                                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

RICO Conspiracy in violation of 18 U.S.C. § 1962(d)
Robbery in violation of the Hobbs Act, 18 U.S.C. § 1951

Date:  4/24/19

City and state:     Boston, MA

*Issuing officer's signature*

M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>Igor Costa | )<br>)<br>)<br>)<br>)<br>) | Case No.   19-MJ-6290-MPK |
| _____<br>*Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Igor Costa                                                                                                        ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

RICO Conspiracy in violation of 18 U.S.C. § 1962(d)
Robbery in violation of the Hobbs Act, 18 U.S.C. § 1951

Date:   4/24/19

                                                                *Issuing officer's signature*

City and state:     Boston, MA

                                                                M. Page Kelley, U.S. Magistrate Judge
                                                                *Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____

at *(city and state)* _____.

Date: _____

                                                                _____
                                                                *Arresting officer's signature*

                                                                _____
                                                                *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   19-MJ-6290-MPK |
| Vinicius Goncalves de Assis | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Vinicius Goncalves de Assis                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

RICO Conspiracy in violation of 18 U.S.C. § 1962(d)

Date: 4/24/19

City and state:    Boston, MA

_____
Issuing officer's signature

M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*