JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:**     **Category No.** II     **Investigating Agency** ATF/HSI

**City** Boston     **Related Case Information:**

**County** Plymouth

Superseding Ind./ Inf. _____    Case No. 19-MJ-6290-MPK
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 19-MJ-6142,6143,6242,6243-MPK
R 20/R 40 from District of _____

### Defendant Information:

Defendant Name: Marcio Costa     Juvenile: [ ] Yes [✓] No

Is this person an attorney and/or a member of any state/federal bar: [ ] Yes [✓] No

Alias Name: "Marcino"

Address: (City & State) Malden, MA

Birth date (Yr only): 1990    SSN (last4#): 5189    Sex: M    Race: ____    Nationality: ____

**Defense Counsel if known:** Thomas Butters    Address: ____

**Bar Number:** ____

### U.S. Attorney Information:

**AUSA** Michael Crowley/Timothy Moran    Bar Number if applicable ____

**Interpreter:** [✓] Yes [ ] No    List language and/or dialect: Portuguese

**Victims:** [✓] Yes [ ] No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) [ ] Yes [ ] No

**Matter to be SEALED:** [ ] Yes [✓] No

[ ] Warrant Requested    [ ] Regular Process    [✓] In Custody

### Location Status:

**Arrest Date:** 04/25/2019

[✓] Already in Federal Custody as of 04/25/2019 in Donald W. Wyatt Detention
[ ] Already in State Custody at ____ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by: ____ on ____

**Charging Document:** [ ] Complaint [ ] Information [✓] Indictment

**Total # of Counts:** [ ] Petty [ ] Misdemeanor [✓] Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/5/19    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-MJ-6290-MPK

**Name of Defendant** Marcio Costa

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1951 | Conspiracy to Commit Robbery | 2 |
| Set 3 | 21 U.S.C. § 846 | Conspiracy to Distribute Controlled Substances | 4 |
| Set 4 | 18 U.S.C. § 922(a)(1)(A) | Dealing in Firearms Without a License | 5 |
| Set 5 | 18 U.S.C. § 1963(a) | RICO Forfeiture | |
| Set 6 | 18 U.S.C. § 924(d)(1) | Drug Forfeiture | |
| Set 7 | 18 U.S.C. § 924(d)(1) | Firearm Forfeiture | |
| Set 8 | 28 U.S.C. § 2461(c) | Firearm Forfeiture | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**   **Category No.** II   **Investigating Agency** ATF/HSI

**City** Boston   **Related Case Information:**

**County** Plymouth   Superseding Ind./ Inf. _____   Case No. 19-MJ-6290-MPK
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 19-6142,6143,6242,6243- MPK
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Joao Pedro Marques Guimares Gama   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name   "Bahianinho"

Address   (City & State) Malden, MA

Birth date (Yr only): 1998   SSN (last4#): _____   Sex M   Race: _____   Nationality: _____

**Defense Counsel if known:**   Vivianne E. Jeruchim   Address 50 Congress Street Suite 615

**Bar Number**   _____   Boston, MA 02109

**U.S. Attorney Information:**

**AUSA**   Michael Crowley/Timothy Moran   Bar Number if applicable _____

**Interpreter:** ☑ Yes ☐ No   List language and/or dialect:   Portuguese

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

**Arrest Date**   04/25/2019

☑ Already in Federal Custody as of   04/25/2019   in   Donald W. Wyatt Detention .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony   5

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/5/19   Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-MJ-6290-MPK

**Name of Defendant**   Joao Pedro Marques Guimares Gama a/k/a "Bahianinho"

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1951 | Conspiracy to Commit Robbery | 2 |
| Set 3 | 21 U.S.C. § 846 | Conspiracy to Distribute Controlled Substances | 4 |
| Set 4 | 18 U.S.C. § 922(a)(1)(A) | Dealing in Firearms Without a License | 5 |
| Set 5 | 18 USC § 922(g)(5) | Alien in Possession of a Firearm | 6 |
| Set 6 | 18 USC § 1963(a) | RICO Forfeiture | |
| Set 7 | 21 U.S.C. § 853 | Drug Forfeiture | |
| Set 8 | 18 U.S.C. § 924(d)(1) | Firearm Forfeiture | |
| Set 9 | 28 U.S.C. § 2461(c) | Firearm Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**     **Category No.** II     **Investigating Agency** ATF /HSI

**City** Boston     **Related Case Information:**

**County** Plymouth

Superseding Ind./ Inf. _____ Case No. 19-MJ-6290-MPK
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 19-MJ-6142,6143,6242,6243-MPK
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Edson DaSilva     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Whitman, MA

Birth date (Yr only): 2000   SSN (last4#): _____   Sex M   Race: _____   Nationality: _____

**Defense Counsel if known:** David J. Apfel     Address 100 Northern Avenue

**Bar Number** _____     Boston, MA 02210

**U.S. Attorney Information:**

**AUSA** Michael Crowley/Timothy Moran     Bar Number if applicable _____

**Interpreter:** ☑ Yes ☐ No     List language and/or dialect: Portuguese

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☑ Already in State Custody at Middlesex House of Correctio ☐ Serving Sentence ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/5/19     Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-MJ-6290-MPK

**Name of Defendant** Edson DaSilva

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1951 | Robbery in violation of the Hobbs Act | 3 |
| Set 3 | 18 U.S.C. § 1963 (a) | RICO Forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

≋JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**  **Category No.** II  **Investigating Agency** ATF/HSI

**City** Boston

**County** Plymouth

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. 19-MJ-6290-MPK
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number
Search Warrant Case Number 19-MJ-6142,6143,6242,6243-MPK
R 20/R 40 from District of _____

### Defendant Information:

Defendant Name: Breno Henrique DaSilva   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Somerville, MA

Birth date (Yr only): 1998   SSN (last4#): _____   Sex M   Race: _____   Nationality: _____

**Defense Counsel if known:** Leonard E. Milligan, III   Address: 50 Congress Street Suite 600, Boston, MA 02109

**Bar Number:** _____

### U.S. Attorney Information:

**AUSA** Michael Crowley/Timothy Moran   Bar Number if applicable _____

**Interpreter:** ☑ Yes ☐ No   List language and/or dialect: Portuguese

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

**Arrest Date** 04/25/2019

☑ Already in Federal Custody as of 04/25/2019 in Donald W. Wyatt Detention
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/5/19   Signature of AUSA: _____

JS 45 (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):   19-MJ-6290-MPK

**Name of Defendant**   Breno Henrique DaSilva

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1951 | Conspiracy to Commit Robbery | 2 |
| Set 3 | 18 U.S.C. § 1963(a) | RICO Forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**  **Category No.** II  **Investigating Agency** ATF/HSI

**City** Boston  **Related Case Information:**

**County** Plymouth  Superseding Ind./ Inf. _____  Case No. 19-MJ-6290-MPK
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  19-MJ-6142,6143,6242,6243-MPK
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Alvaro Dos Santos Melo  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address  (City & State) Everett, MA

Birth date (Yr only): 1996  SSN (last4#): _____  Sex M  Race: _____  Nationality: _____

**Defense Counsel if known:**  Scott P. Lopez  Address 88 Black Flacon Avenue Suite 345

**Bar Number** _____  Boston, MA 02210

**U.S. Attorney Information:**

AUSA  Michael Crowley/Timothy Moran  Bar Number if applicable _____

Interpreter: ☑ Yes ☐ No  List language and/or dialect: Portuguese

Victims: ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested  ☐ Regular Process  ☑ In Custody

**Location Status:**

**Arrest Date**  04/25/2019

☑ Already in Federal Custody as of  04/25/2019  in  Donald W. Wyatt Detention .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/5/19  Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-MJ-6290-MPK

**Name of Defendant** Alvaro Dos Santos Melo

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1951 | Conspiracy to Commit Robbery | 2 |
| Set 3 | 18 U.S.C. § 1963(a) | RICO Forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

≈JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**   Category No. __II__   Investigating Agency __ATF/HSI__

City __Boston__   **Related Case Information:**

County __Plymouth__   Superseding Ind./ Inf. _____   Case No. __19-MJ-6290-MPK__
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __19-MJ-6142,6143,6242,6243-MPK__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Vinicius Goncalves de Assis   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address   (City & State) _____

Birth date (Yr only): __1997__   SSN (last4#): _____   Sex __M__   Race: _____   Nationality: _____

**Defense Counsel if known:**   Mark D. Smith   Address 101 Federal Street, Suite 650

**Bar Number** _____   Boston, MA 02110

**U.S. Attorney Information:**

**AUSA**   Michael Crowley/Timothy Moran   Bar Number if applicable _____

**Interpreter:** ☑ Yes ☐ No   List language and/or dialect:   Portuguese

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☑ Already in State Custody at __Middlesex House of Correctio__ ☐ Serving Sentence ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __6/5/19__   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-MJ-6290-MPK

**Name of Defendant** Vinicius Goncalves de Assis

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1963(a) | RICO Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     **Category No.** II     **Investigating Agency** ATF/HSI

**City** Boston     **Related Case Information:**

**County** Plymouth

Superseding Ind./ Inf. _____ Case No. 19-MJ-6290-MPK
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 19-MJ-6142,6143,6242,6243-MPK
R 20/R 40 from District of _____

### Defendant Information:

Defendant Name: Igor Costa/     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Framingham, MA

Birth date (Yr only): 1998    SSN (last4#): 8240    Sex: M    Race: _____    Nationality: _____

**Defense Counsel if known:** Inga S. Bernstein     **Address** 65 Atlantic Avenue

**Bar Number** _____     Boston, MA 02110

### U.S. Attorney Information:

**AUSA** Michael Crowley/ Timothy Moran     Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested     ☐ Regular Process     ☑ In Custody

### Location Status:

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at Norfolk County Sheriffs   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/5/19     Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):   19-MJ-6290-MPK

**Name of Defendant**   Igor Costa

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1951 | Robbery in violation of the Hobbs Act | 3 |
| Set 3 | 18 U.S.C. § 1963(a) | RICO Forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**